IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL BRAZELL, JR.**                                            **PLAINTIFF**
**ADC #500711**

**v.**                     **CASE NO. 2:17-CV-00090 BSM**

**JEREMY ANDREWS, et al.**                                     **DEFENDANTS**

## ORDER

       The recommended disposition [Doc. No. 24] filed by United States Magistrate Judge Jerome T. Kearney has been received. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in its entirety. Accordingly, the defendants' motion for summary judgment [Doc. No. 20] is granted and plaintiff Michael Brazell's complaint is dismissed with prejudice.

       IT IS SO ORDERED this 9th day of April 2018.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE